IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, AND WASHINGTON, AND THE DISTRICT OF COLUMBIA EX REL. TERENCE SULLIVAN, <br><br> PLAINTIFF-RELATOR, <br><br> *v.* <br><br> MEDITECH, LLC, BIOCONFIRM LABORATORIES, LLC, AND JOHN DOE ENTITIES 1-10 <br><br> DEFENDANTS. | Civil Action No. <br><br> 1:19-cv-2612-JPB <br><br><br> **FILED *EX PARTE* and UNDER SEAL** |

## <u>ORDER</u>

The States of Alaska, California, Connecticut, Delaware, Florida, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, Washington and the District

1

of Columbia, having declined to intervene in this action and the States of Colorado, Georgia, Michigan and North Carolina, having decided not to intervene at this time in this action (with the exception of Maryland, collectively "Plaintiff States"),

IT IS HEREBY ORDERED that,

1. Henceforth the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Plaintiff States. The Plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;
2. The parties shall serve all notices of appeal upon the Plaintiff States;
3. Copies of all Orders entered by this Court in this case shall be sent to the Plaintiff States; and
4. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the Plaintiff States before ruling or granting its approval.
5. In accordance with the terms of the Maryland False Health Claims Act, Md. Code. Ann., Health Gen. 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

SO ORDERED this 20th day of October, 2021.

J. P. BOULEE
UNITED STATES DISTRICT COURT

Presented by:


*/s/Sara Vann*
Sara Vann
Assistant Attorney General